CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

**FILED**

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 08 0381
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   ☐ (a) relates to common property

   ☒ (b) involves common issues of fact

   ☐ (c) grows out of the same event or transaction

   ☐ (d) involves the validity or infringement of the same patent

   ☐ (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: ☐

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
   Various state and federal district courts including D. N.J., D. P.R., D. Minn., N.D. Cal., W.D. Mo., N.D. Iowa, and S.D. Fla.

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
   Richard Shadwick      v.   Medtronic, Inc.                                    1:08-cv-00128 CKK
   Douglas Beach and Pamela Beach   Medtronic, Inc., MDT PR, Inc and MDT PR Operations Co   1:08-cv-00055 PLF

   3/3/2008
   ---------                    ------------------------------------
   DATE                         Signature of Plaintiff/Defendant (or counsel)

## Full Schedule Of Actions

### United States District Court For The Northern District of Alabama Northeast Division

1. *Harold Fergusson v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 5:08-CV-00070, filed on 1/18/2008. (Judge U. W. Clemon).

2. *McArthur Rogers v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 5:08-CV-00070, filed on 2/13/2008. (Judge Karon O. Bowdre)

### United States District Court For The District of Arizona

1. *Vincent H. Yazzie v. Medtroinc, Inc., Medtronic USA, Inc., Black Corporations I-x, White partnerships I-X, John Does I-X, and Jane Does I-X.* Case Number 08-cv-08000, filed on 1/2/2008. (Judge Edward C. Voss)

### United States District Court For The Central District of California

1. *Imogene Lovings v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-8392, filed on 12/28/07. (Judge George H. Wu);

2. *Karin Graziani v. St. Jude Medical, Inc., a Minnesota Corporation; Does 1 through 100, Inclusive,* Case Number CV-08-00202, filed on 11/20/2007. (Judge Florence Marie Cooper)

### United States District Court For The Northern District of California

1. *Jeneane Baque v. Medtronic, Inc.*, Case Number 3:07-CV-5352, filed on 10/19/07. (Judge William H. Alup);

2. *Rashid Hunter v. Medtronic, Inc., Medtronic International Technology f/k/a Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-cv-06474-BZ, filed on 12/26/2007. (Judge William H. Alup);

3. *Roseann Mitchell, Uriela Mitchell, Thomas Mitchell, and Patricia Hines v. Medtronic, Inc. and McKesson Corporation*, Case Number 3:07-CV-06352-JCS, filed on 12/14/2007. (Magistrate Judge Joseph C. Spero; Judge, Federal District Judge Martin J. Jenkins);

4. *Willie West and Pamela West v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-05697-MEJ, filed on 11/9/2007. (Judge William H. Alsup).

### United States District Court For The District of Columbia

1. *Richard Shadwick v. Medtronic, Inc.*, Case Number 1:08-CV-00128, filed on 1/23/2008. (Judge Colleen Kollar-Kotelly);

08 0381

FILED

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. *Douglas Beach and Pamela Beach v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 1:08-CV-00055, filed on 1/11/2008. (Judge Paul L. Friedman).

**United States District Court For The Middle District of Florida**

1. *Larry Diver, as personal representative of estate of Judith Diver v. Medtronic, Inc.*, Case Number 8:07-cv-01857-JSM-TBM, filed on 10/11/2007. (Judge James S. Moody, Jr.);

2. *Ernest Jones and Jacqualyn Jones v. Medtronic, Inc., Medtronic International Technology Inc., Medtronic Puerto Rico, Inc. and Medtronic Puerto Rico Operations, Co.*, Case Number 08-CV-308, filed on 2/13/2008. (Judge Pending Assignment)

**United States District Court For The Southern District of Florida**

1. *Eugene Clasby v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 1:07-CV-22768, filed on 10/19/2007. (Judge Ursula Ungaro);

2. *Leroy Coffee v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case. Number 9:07-CV-81094, filed on 11/19/2007. (Judge William Dimitrouleas);

3. *Herbert Mayo v. Medtronic, Inc.*, Case Number 1:07-CV-23045-ASG, filed on 11/21/2007. (Judge Alan S. Gold);

4. *John North v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations, Co.*, Case Number 07-CV-227-64, filed on 11/19/2007. (Judge Paul C. Huck);

5. *Doug Venning, v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 9:07-CV-81056, filed on 11/07/2007. (Judge Kenneth A. Marra);

6. *Mary M. Wardwell v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-CV-81034, filed on 11/02/2007. (Judge Donald M. Middlebrooks).

7. *John Ansbaugh v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 0:08-CV-60091, filed on 1/23/2008. (Judge Federico A. Moreno);

8. *Thomas Schoett v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 0:08-CV-60092, filed on 1/23/2008. (Judge William P. Dimitrouleas).

**United States District Court For The Southern District of Indiana**

1. *Charles R. Phillips v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 1:07-CV-1556-SEB-JMS, filed on 11/30/2007. (Judge Sarah Baker).

### United States District Court For The Northern District of Iowa

1. *Violet Klein and Oliver Klein v. Medtronic, Inc.*, Case Number 1:07-CV-00104, filed on 10/19/07. (Judge Edward McManus).

2. *Diane Lovell, Administrator of the Estate of Charles F. Lovell, Deceased v. Medtronic, Inc.*, Case Number 4:08-CV-00028, filed on 1/17/08. (Judge Robert W. Platt).

### United States District Court For The District of Kansas

1. *Phillip S. Brown v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-02542, amended complaint filed on 11/15/2007. (Judge Carlos Murguia).

### United States District Court For The Eastern District of Louisiana

1. *Lois Earline Bogle and Eugene J. Bogle v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, 07-9737, filed on 12/20/2007. (Judge Mary Ann Vial Lemmon);

2. *Keith Paul Trosclair v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 2:07-CV-07565-HGB-DEK, filed on 10/29/2007. (Judge Helen Berrigan);

3. *Henry J. Theriot and Earline B. Theriot v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 2:07-CV-08441-EEF-KWR, filed on 11/9/2007. (Judge Eldon Fallon).

### United States District Court For The Middle District of Louisiana

1. *Vertrena Wilkinson Crum v. Medtronic, Inc, MDT Puerto Rico, Inc and MDT Puerto Rico Operation Co.*, Case Number 3:07-CV-00923, filed on 12/06/2007. (Judge Frank Polozola).

### United States District Court For The Western District of Louisiana

1. *Mattie Ley Johnson Londo v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 6:07-cv-1809-RFD-CMH, filed on 11/01/2007. (Judge Rebecca Doherty);

2. *Dianna Sonnier v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 6:07-CV-01889-TLM-CMH, filed on 11/13/2007. (Judge Tucker L. Melancon);

3. *Randall Stone v. Medtronic, Inc, Medtronic Puerto Rico, Inc and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-1902-RGJ-KLH, filed on 11/14/2007. (Judge Robert James).

**United States District Court For The District of Minnesota**

1. *Donald Alexander v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-cv-4519-DWF-AOB, filed on 11/5/2007. (Judge Donovan Frank);

2. *Harvey Lee Conway, Jr., John Paul Miller and Charles Peterson, Jr. v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4270, filed on 10/16/2007. (Judge Paul Magnuson);

3. *Rodney C. Kesti v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-CV-04442, filed on 10/31/2007. (Judge Richard Kyle);

4. *Jesse Noonan v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations, Co.*, Case Number 07-CV-04528, filed on 11/05/07. (Judge James Rosenbaum);

5. *Leonard Shapiro v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4669-PAM-JSM, filed on 11/20/2007. (Judge Paul Magnuson);

6. *Kelly Luisi and Len J. Stavish v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4250 RHK/JSM, filed on 10/15/2007. (Judge Richard Kyle);

7. *Linda J. White v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-4412, filed on 10/29/07. (Judge James Rosenbaum).

8. *William L. Norwood v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations, Co.*, Case Number 07-CV-227-64, filed on 11/19/2007.. ( Judge Richard H. Kyle )

9. *Rex Gentry and Barbara Ann Gentry v. Medtronic, Inc.*, Case Number 0:07-CV-04955, filed on 12/28/2007. (Judge Richard H. Kyle).

**United States District Court For The Eastern District of Missouri**

1. *James C. Williams v. Medtronic, Inc.*, Case Number 4:07-CV-02052-CAS, filed on 12/13/2007. (Judge Charles A. Shaw).

**United States District Court For The Western District of Missouri**

1. *William Bruening v. Medtronic, Inc. and Medtronic Technology Interntional* [sic], *Inc.*, Case Number 07-4254-CV-C-NKL, filed on 12/14/2007. (Judge Nanette K. Laughrey);

2. *Kenneth Carlile and Paul Hicks v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 5:07-cv-06110-FJG, filed on 2/13/2008. (Judge Fernando Gaitan);

3. *Larry Howard v. Medtronic, Inc. and Medtronic International Technology, Inc.*, Case Number 3:08-CV-05004-JCE, filed on 1/15/2008. (Judge James C. England);

4. *Ruby McNabb v. Medtronic U.S.A., Inc.*, Case Number 4:07-CV-00494, filed on 07/11/2007. (Judge Dean Whipple);

5. *William Stutz v. Medtronic, Inc. and Medtronic International Technology, Inc.*, Case Number 4:08-CV-00035-FJG, filed on 1/15/2008. (Judge Fernando J. Gaitan, Jr.).

6. *Steven L. Gilbert v. Medtronic, Inc. and Medtronic International Technology, Inc.*, Case Number 08-CV-00072, filed on 2/5/2008. (Judge Sarah W. Hays)

**United States District Court For The District of New Jersey**

1. *E. David Barrick v. Medtronic World Headquarters, John Doe Distributors 1-10 and John Doe Manufacturers 1-10*, Case Number 3:07-CV-04393, filed on 09/13/2007. (Judge Mary L. Cooper);

2. *Maria Wood and Ronald Wood v. Medtronic, Inc.*, Case Number 2:08-CV-00121, filed on 12/7/2007. (Judge Jose L. Linares)

3. *Janice Schwimmer v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co., John Does 1 -75*, Case Number 3:08-CV-00563, filed on 1/30/2007. (Judge Freda L. Wolfson).

**United States District Court For The Eastern District of New York**

1. *Kareem Abdul-Akbar, Curtis Hammock, Elaine Hammock, James Ivory and Ann Ivory v. Medtronic, Inc.*, Case Number 07-CV-05194, filed on 12/13/2007. (Judge David G. Trogers)

2. *Aracelis Diaz and Phyllis Scanzillo and Donald Lewis Scanzillo v. Medtronic, Inc.*, Case Number 1:08-CV-00187, filed on 1/14/2008. (Judge David G. Trager).

3. *Marc Sicklick v. Medtronic, Inc., Medtronic International Technology, Inc. formerly known as Medtronic Puerto Rico, Inc. and Medtronic Puerto Rico Operations Co.*, Case number 2:08-CV-00108, filed on 1/9/2008 (Judge Denis R. Hurley)

4. *Maurice Stack and Madeline Stack v. Medtronic Inc., Medtronic International Technology Inc., Medtronic USA, Inc. St Jude Medical, St. Jude Medical S.C., Inc., St. Jude Medical Equipment, Inc., St. Jude Medical, Inc. and St. Jude Medical Products, Inc.*, Case number 1:08-CV-00678, filed on 2/19/2008. (Judge Sandra J. Feuerstein)

5. *Kevin Zeluck v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 2:08-CV-00153, filed on 1/11/2008. (Judge Denis R. Hurley).

### United States District Court For The Western District of New York

1. *Ralph Dean and Sue Dean v. Medtronic, Inc.* Case number 6:08-CV-06058, filed on 2/8/2008. (Judge David G. Larimer)

### United States District Court For The District of North Dakota

1. *Winnifred Leverson v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 1:07-CV-00090, filed on 11/27/2007. (Judge Daniel L. Hovland).

2. *Leroy Senn v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 1:08-CV-00014, filed on 1/30/2007. (Judge Daniel L. Hovland).

### United States District Court For The Northern District of Ohio

1. *Howard J. Varner v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 5:07-CV-3766-SL, filed on 12/11/2007. (Judge Sara Lioi).

### United States District Court For The District of Puerto Rico

1. *Don Bailey, Joseph Crawnley, Jr., Edward Dickhausen, Jay Grant, Claude Groters, Jr., Bobby Hutchins, Paul Pollard, Victoria Scran, Maurice Thomas, Gregory Cooley, Jack Earles, Julian Gibson, Lela Gray, David Hudson, Glenn Marrs, Henry Mckenzie, Sr., Hennis Roussel, Sr., Michael Teeters, Carmel Smith, Paul Bauman, Anthony Copicotto, Barbara Amann, Theresa Lequesne, Waney Barry, Richard Kocielko, Sr., Allan Vannhorn, Robert Seybold, Kelly Molkenbur, Paula Schwartz, Christopher Saladino, Gerald P. Cashion, James Giambalvo, Diane Carlson, John Denoble, Alan Corleone, Siegfried Bauer, Robert H. Bauman, Robert Holsinger, Michael Varvel, Paul Del-Conte, Kenneth Derragon, Fred German, Charles Bartlett, Ronald Medina, Richard Farina, Dorothy North, Roger Vieira, Sandra Riker, Cecilia Cleveland, Ingemar Woods, Sr., Ronald Attebery, Steven Moore, Desiree Johnson, Brian Beier, Michael Cotton, Aethur Bongiorno, Roger Matheney, William H. Mcgraw, Robert Judy, Thomas Queensbury, Gracie Hobson, Martin F. Wojciechowski, Catrina Woods, Robert Muntean, James Ivory, Irving L. Turner, Dorothy Molkenbur, Raul Sierra v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02161-DRD, filed on 12/07/2007. (Judge Daniel Dominguez);

2. *Dominick Barbera v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02162-DRD, filed on 12/07/2007. (Judge Daniel Dominguez);

3. *Norman Black v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-2014-GAG, filed on 10/24/2007. (Judge Gustavo Gelpi);

4. *Colon-Perez et al v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-02021-GAG, filed on 10/25/2007. (Judge Gustavo Gelpi).

5. *Carlos Milan, Sharyn Hiergesell, William Weninger, John Ferrill, Ralph Judson, Diane Charette, Margaret W. Wagner, Alvin Lawson, Betty Wingo, Edward Marks, Stephen Andrews, Kimberly Ward, Dennis Lewis, Nancy Summers, Therman Barclay and Patricia Bradley v. Medtronic, Inc. Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02064, filed on 11/07/2007. (Judge Gustavo A. Gelpi);

6. *Diego Maldonado-Ocasio v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:2007-CV-02135, filed on 11/29/2007. (Judge Aida Delgado-Colon);

7. *Russell Nelson, George and Annabelle Asastas and Donald and Misty Tucker v. Medtronic, Inc, Medtronic Puerto Rico, Inc and Medtronic Puerto Rico Operations Co.*, Case Number 07-1969 (JAG), filed on 10/15/2007. (Judge Gustavo Gelpi);

8. *Juan Orta-Rodriguez v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02169-JAF, filed on 12/07/2007. (Judge Jose Fuste);

9. *Fernando Ortiz-Gomez v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02170-JAG, filed on 12/07/2007. (Judge Jay Gregory-Garcia);

10. *Gerald Phaup, Jr. v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-2050 (JAG), filed on 11/02/2007. (Judge Jay Gregory-Garcia);

11. *Cruz Reyes-Rivera v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:2007-CV-02128, filed on 11/28/2007. (Judge Aida Delgado-Colon);

12. *Frederick Santitoro and Richard Kinney v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-1972 (JAG), filed on 10/16/2007. (Judge Gustavo Gelpi);

13. *Chester Smith v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02163-GAG, filed on 12/07/2007. (Judge Gustavo Gelpi);

14. *William E. Storms v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-2049 (CC), filed on 11/02/2007. (Judge Carmen Cerezo);

15. *David Wood v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-1971 (JAG), filed on 10/16/2007. (Judge Gustavo Gelpi);

16. *Annie McNeese, Mrytle Fedele, Opal Worth, Willie J. Hines, Yvonne Castilow and Vonzeal Fedele, Individually and on behalf of their deceased brother, Oliver P. Hines, and Willie Lee Williams v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:08-CV-01122, filed on 1/28/2008. (Judge Daniel R. Dominguez);

17. *Thomas Aderman et al v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:08-CV-1041, filed on 1/11/2008. (Judge Gustavo Gelpi).

18. *Howard Tromble, John Prichard, Ernest Randolph, Francis Pare, Roderick Gibson, Arthur Smith, Gerry Olsen, Morris Grodsky, Benny Felts, Nichole Washington, Nelson Massingale, Dickie Davis, Lawrence Hooper, Nicholas Westgate, Flora Gosselin, June Burton, Pablo De Los Santos, Billy Tackett, Wallace Taylor, Delores Gans, Steven Edmonds, Jerry Lindley, Elzie Campbell, John Johnson, Edgar Hall, Jesse Bates, Charles Ramey, Freddie Smith, Gleason Slone, Euris Rodrigue, Robert C. Burnell, Sr. v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 08-CV-1162, filed on 1/6/2008. (Judge Gustavo Gelpi).

19. *Raymond Copeland, Shirley Rudolph, Vickie Futch, James T. Williams, Larry Lammerman, James Tucci, Frances S. Garboski, Individually and on behalf of decedent Edward S. Garboski, Jerquilla Brown, Individually and on behalf of decedent Fred Barnes and Doris Jones, Individually and on behalf of decedent Robert Jones v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:08-CV-1233, filed on 1/6/2008. (Judge Aida M. Delgado-Colon).

**United States District Court For South Carolina**

1. *William R. Biggers v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 3:08-CV-00538, filed on 2/14/2008. (Judge Cameron McGowan Currie).

**United States District Court For The Eastern District of Tennessee Northern Division**

1. *James Isbell v. Medtronic, Inc., Medtronic International Technology Inc. and Medtronic Puerto Rico Operations, Co.*, Case Number 3:08-CV-00058, filed on 2/19/2008. (Judge R. Leon Jordon)

**United States District Court For The Western District of Texas**

1. *Salina Marie Badillo v. Medtronic, Inc.*, Case Number 07-CA-0942, filed on 11/19/2007. (Judge Xavier Rodriguez).

**United States District Court For The Eastern District of Texas**

1. Larry *Easter and Lawrence Booth v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 5:08-CV-00019, filed on 1/28/2008. (Judge David Folsom).

2. *Donald Larry Jackson v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:08-CV-00017, filed on 1/18/2008. (Judge T. John Ward).

**United States District Court For The Eastern District of Virginia**

1. *William Murray and Elizabeth Murray v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 1:07-CV-01309, filed on 12/31/2007. (Judge Barry R. Poretz).

**United States District Court For The Southern District of West Virginia**

1. *Betty Allamong v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-00812, filed 12/12/2007. (Judge Joseph R. Goodwin);

2. *Ted Carter v. Medtronic, Inc.*, Case Number 2:07-CV-00752, filed on 11/20/2007. (Judge Joseph Goodwin);

3. *Billie Fetty v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0809, filed 12/12/2007. (Judge Joseph R. Goodwin);

4. *Deborah K. Fulks v Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0800, filed 12/07/2007. (Judge John T. Copenhaver Jr.);

5. *Edith A. Lilly, as Administratix of the Estate of Martha A. Haas v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:08-CV-00002, filed 1/02/2008. (Judge Joseph R. Goodwin);

6. *Paul McFeeley and Ruth McFeeley, his wife v. Medtronic, Inc. and Medtronic USA, Inc.*, Case Number 3:07-CV-00958, filed on 12/21/2007. (Judge Joseph R. Goodwin)

7. *Ruth Russell, Individually, and in her Capacity as Legal Guardian of the Minor Child, Justin Burkhammer v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0813, filed 12/12/2007. (Judge Joseph R. Goodwin).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_BRUCE BEHAR, ET AL_
Plaintiff

v.

_MEDTRONIC, INC._
Defendant

Civil Action No. 08 0381

MAR -3 2008

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **FRIEDMAN, J. PLF** All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: AARON H. LEVINE

929A
Rev. 7/02