A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

**FILED**

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bruce Behar,Lawrence McHale,Dana Staley,
Sadie Tallie,Dorthy Woody, Ronny McDowell

              )
Plaintiff(s)      )        **APPEARANCE**
              )
              )
      vs.      )
              )        Case: 1:08-cv-00381
Medtronic, Inc.      )        Assigned To : Friedman, Paul L.
              )        Assign. Date : 3/3/2008
Defendant(s)      )        Description: PI/Malpractice


To the Clerk of this court and all parties of record:


Please enter the appearance of  Michael E. Lackey, Jr.      as counsel in this
                    (Attorney's Name)

case for:  Medtronic, Inc.
              (Name of party or parties)


    March 3, 2008
Date

                    _Signature_

D.C. Bar and D.D.C. Bar No. 443362          **Michael E. Lackey, Jr.**
BAR IDENTIFICATION                Print Name

                    Mayer Brown LLP. 1909 K Street NW
                    Address

                    Washington, DC      20006
                    City      State      Zip Code

                    (202) 263-3000
                    Phone Number

4