CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE BEHAR, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-381 (RCL) |
| | ) | |
| MEDTRONIC, INC. | ) | Category   B |
| | ) | |
| Defendants | ) | |

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 5, 2008 from Judge Paul L. Friedman to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Lamberth & Courtroom Deputy
      Judge Friedman & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk